R. J. & B. F. Camp Lumber Company et al., Appellants, v. W. K. Cook et al., Appellees.

(Supreme Court of Florida, *En Banc,* January Term, 1910.)

A. B. Small, Nat R. Walker, for Appellants.

Joseph A. Edmondson, Neeley & Simmons, for Appellees.

Appeal from the Circuit Court of Wakulla County; John W. Malone, Judge.

Dismissed on praecipe of counsel for Appellants.